USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PRESERVATION TECHNOLOGIES LLC,                :
                                              :
                              Plaintiff,      :
         -against-                            :
                                              :   23-CV-10609 (VEC)
                                              :
FORBES MEDIA LLC,                             :   ORDER
                                              :
                                              :
                              Defendant.      :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court for an initial pretrial conference on February 9, 2024.

IT IS HEREBY ORDERED that Defendant's response to the Complaint must be filed no later than February 16, 2024. Plaintiff's deadline to respond or amend the Complaint as of right is March 15, 2024. If Plaintiff elects to respond, Defendant's deadline for the reply is March 29, 2024.

IT IS FURTHER ORDERED that discovery is STAYED pending resolution of Defendant's anticipated Motion to Dismiss.

**SO ORDERED.**

Date:  February 9, 2024
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**