USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
PRESERVATION TECHNOLOGIES LLC,           :
                                         :
                        Plaintiff,       :
         -against-                       :
                                         :      23-CV-10609 (VEC)
                                         :
FORBES MEDIA LLC,                        :          ORDER
                                         :
                                         :
                        Defendant.       :
------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff filed the Amended Complaint on March 15, 2024; and

WHEREAS Plaintiff did not adhere to the Undersigned's Individual Rules and Practices Rule 4(F), which requires a plaintiff that moves for leave to amend its pleading to include as an exhibit to its motion a redlined version of the proposed amended pleading comparing the proposed revisions to the prior version of the pleading.

IT IS HEREBY ORDERED that Plaintiff must file a redlined version of the amended complaint no later than March 20, 2024.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss is denied as moot in light of Plaintiff's Amended Complaint.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 32.

**SO ORDERED.**

Date:  March 18, 2024
       New York, New York

                                                     _____
                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**